BAKER LAW, PC
George Richard Baker, Cal. Bar No. 224003
436 N. Stanley Avenue
Los Angeles, California 90036
Telephone: 323.452.9685
richard@bakerlawpc.com

ROSE LAW GROUP, PC
Kathryn Honecker *(pro hac vice)*
Lauren Nageotte *(pro hac vice)*
7144 E Stetson Drive, Suite 300
Scottsdale, Arizona 85251
Telephone: 480.505.3936
khonecker@roselawgroup.com
lnageotte@roselawgroup.com
docket@roselawgroup.com

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM RUSHING, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>WILLIAMS-SONOMA, INC., a Delaware corporation, also d/b/a Williams-Sonoma And Williams-Sonoma Home; WILLIAMS-SONOMA DTC, INC., a California corporation; WILLIAMS-SONOMA ADVERTISING, INC., a California corporation; WILLIAMS-SONOMA STORES, INC., a California corporation; POTTERY BARN, INC., a California corporation; POTTERY BARN KIDS, INC., a California corporation, also d/b/a Pottery Barn Baby; POTTERY BARN TEEN, INC., a California corporation also d/b/a PB Teen and PB Dorm; WEST ELM, INC., a California corporation; and DOES 1-30,<br><br>Defendants. | Case No. 3:16-cv-01421-WHO<br><br>*Assigned to the Hon. William H. Orrick*<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST FOR AND ORDER:**<br><br>**(1) GRANTING PLAINTIFF LEAVE TO FILE SECOND AMENDED COMPLAINT;**<br>**(2) SETTING DEFENDANTS' DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT;**<br>**(3) SETTING BRIEFING SCHEDULE FOR DEFENDANTS' ANTICIPATED MOTION TO DISMISS THE SECOND AMENDED COMPLAINT; AND**<br>**(4) CONTINUING JUNE 21, 2016 CASE MANAGEMENT CONFERENCE** |

Pursuant to Federal Rules of Civil Procedure 15(a) and 16(b)(4) and Civil Local Rules 6-1(a), 6-1(b), 6-2, 7-12, 10-1, and 16-2(e), Plaintiff and Defendants (collectively, the "Parties"), by and through their respective counsel, hereby respectfully stipulate and jointly request that the Court grant Plaintiff leave to file a Second Amended Complaint ("SAC"), set the time for Defendants to respond to Plaintiff's proposed Third Amended Complaint ("TAC"), set a briefing schedule for Defendants' anticipated motion to dismiss the TAC, and continue the Case Management Conference currently set for June 21, 2016 ("CMC") until after ruling on Defendants' anticipated motion to dismiss.

## RECITALS

WHEREAS, on January 29, 2016, Plaintiff filed a Complaint in this matter in the Superior Court of the State of California for the County of San Francisco.

WHEREAS, on March 8, 2016, Plaintiff filed a First Amended Complaint ("FAC") in the Superior Court of the State of California for the County of San Francisco.

WHEREAS, on March 25, 2016, Defendants removed this case to federal court pursuant to the 28 U.S.C. §§ 1332, 1441, and 1446 (Doc. 1).

WHEREAS, on March 29, 2016, the Parties stipulated to extend Defendants' deadline to respond to the FAC from March 30, 2016 to April 20, 2016 (Doc. 5). This was the only prior time modification that has been made in this case.

WHEREAS, on April 20, 2016, Defendants filed a motion to dismiss the FAC, which is currently set for hearing on June 8, 2016 at 2:00 P.M. in Courtroom 2 (Doc. 12).

WHEREAS, on April 21, 2016, the Court issued an Order Setting Initial Case Management Conference in this matter for June 21, 2016 at 2:00 P.M. in Courtroom 2 (Doc. 13).

WHEREAS, under the Court's normal briefing schedule, Plaintiff's deadline to respond to Defendants' motion to dismiss is May 4, 2016.

WHEREAS, Plaintiff seeks to amend the FAC to clarify and narrow the class definition, address several of the other issues raised in Defendants' motion to dismiss, and add additional

claims, including a claim under the California Consumers Legal Remedies Act (the "CLRA"), California Civil Code § 1750, *et seq.* A copy of the SAC Plaintiff seeks to file is attached hereto as Exhibit A.

WHEREAS, the Parties agree that filing of the SAC will render Defendants' pending motion to dismiss moot.

WHEREAS, Plaintiff intends to submit a CLRA notice letter to Defendants on May 4, 2016, which notice letter Defendants have agreed to accept by email to Defendants' counsel. If Plaintiff's CLRA claim is not resolved within 30 days of May 4, 2016, in accordance with California Civil Code § 1782(b), Plaintiff plans to filed a TAC for the sole purpose of seeking permissible damages for the CLRA claim alleged in the SAC. For avoidance of doubt, Defendants do not waive their right to pursue any challenges to the SAC or TAC including, but not limited, the addition of any damages claims under the CLRA.

WHEREAS, the Parties' agree that Plaintiff's TAC would render moot any motion to dismiss the SAC.

WHEREAS, the Parties met and conferred on April 27, 2016, by telephone and email, and agreed to the terms of this stipulation and [proposed] order and that continuing the Initial Case Management Conference until after the Court has heard and ruled on Defendants' motion to dismiss the TAC will not, at this early stage, have a significant effect on the overall schedule for this case and would be in the Parties' best interests and in the interest of judicial economy by allowing them to focus their attention and resources on the issues that will proceed in the litigation.

The Parties therefore stipulate to and request that the Court issue the following order:

1. Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff is granted leave to file a Second Amended Complaint ("SAC") in the form attached as Exhibit A and the SAC is deemed filed as of May 4, 2016.

2. Defendants' pending motion to dismiss (Doc. 12) is deemed moot and the June 8, 2016 hearing is vacated. Plaintiff is relieved with certainty of his obligation to respond to the pending motion to dismiss.

3. Plaintiff shall file a TAC on **June 6, 2016**.

4. Defendants intend to file a response to the TAC on or before **June 8, 2016**, but do not waive their right to respond to the TAC within the time provided for by the Federal Rules of Civil Procedure.

5. If Defendants file a motion to dismiss the TAC on **June 8, 2016**, the following briefing schedule shall apply to that motion:

- Plaintiffs shall file his opposition on or before **June 29, 2016**; and
- Defendants shall file their reply on or before **July 13, 2016**.

6. If Defendants do not file a response to the TAC on or before June 8, 2016, the parties agree to confer regarding a briefing schedule for any motion to dismiss the TAC filed after June 8, 2016.

7. The Initial Case Management Conference, currently set for **June 21, 2016**, and all related deadlines are continued until at least 30 days after ruling on Defendants' motion to dismiss the SAC.

IT IS SO STIPULATED.

### E-FILING ATTESTATION

By her signature below, counsel for Plaintiffs attest that counsel for all parties whose electronic signatures appear below have concurred in this filing of this Stipulation.

Dated:  May 4, 2016                                        ROSE LAW GROUP, PC

*/s/ Kathryn Honecker*
Kathryn Honecker (pro hac vice)
Lauren Nageotte (pro hac vice)
7144 E Stetson Drive, Suite 300
Scottsdale, Arizona  85251
Telephone:  480.505.3936
*Attorneys for Plaintiff*

Case No. 3:16-cv-01421-WHO
STIPULATED REQUEST FOR AND ORDER GRANTING LEAVE TO FILE SECOND
AMENDED COMPLAINT, SETTING DEADLINE TO RESPOND TO SECOND
AMENDED COMPLAINT, SETTING BRIEFING SCHEDULE, AND CONTINUING CMC

Dated: May 4, 2016

SHEPPARD MULLIN RICHTER & HAMPTON LLP

/s/ *Benjamin O. Aigboboh*
Benjamin O. Aigboboh
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100
Facsimile: 415.434.3947

*Attorneys for Defendants*

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED as modified below:

1. The hearing date on any motion to dismiss is **August 10, 2016 at 2 p.m**. If the parties vary from the schedule set forth in the stipulation, any reply brief shall be filed at least two weeks prior to the date of the hearing.

2. The continued Case Management Conference is set for **September 6, 2016 at 2 p.m**.

DATED: May 5, 2016

_____
The Honorable William H. Orrick
United States District Judge