# EXHIBIT A

1 | George Richard Baker (SBN 224003)
**BAKER LAW, PC**
2 | 436 N. Stanley Avenue
Los Angeles, California 90036
3 | richard@bakerlawpc.com
4 | Phone: 323.452.9685

5 | Kathryn Honecker (*admitted pro hac vice*)
Lauren Nageotte (*admitted pro hac vice*)
6 | **ROSE LAW GROUP, PC**
7 | 7144 E Stetson Drive, Suite 300
Scottsdale, Arizona 85251
8 | khonecker@roselawgroup.com
lnageotte@roselawgroup.com
9 | docket@roselawgroup.com
Phone: 480.505.3936
10 | *Lead Counsel for Plaintiff*

11 | *Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM RUSHING, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA, INC., a Delaware corporation, also d/b/a Williams-Sonoma and Williams-Sonoma Home; WILLIAMS-SONOMA DTC, INC., a California corporation; WILLIAMS-SONOMA ADVERTISING, INC., a California corporation; WILLIAMS-SONOMA STORES, INC., a California corporation; POTTERY BARN, INC., a California corporation; POTTERY BARN KIDS, INC., a California corporation, also d/b/a Pottery Barn Baby; POTTERY BARN TEEN, INC., a California corporation, also d/b/a PB Teen and PB Dorm; WEST ELM, INC., a California corporation; and DOES 1-30,<br><br>Defendants. | Case No. 3:16-cv-01421WHO<br><br>CLASS ACTION<br><br>**CONSUMER LEGAL REMEDIES ACT VENUE DECLARATION OF WILLIAM RUSHING** |

1

1 |     I, William Rushing, declare and state as follows:

2 |     1.    I am the named Plaintiff in the above-referenced case. I make this affidavit as
3 | required by California Civil Code § 1780(d), based on publically available information.

4 |     2.    Each Defendant in this case maintains its principal place of business at and operates
5 | out of 3250 Van Ness Avenue, San Francisco, San Francisco County, California.

6 |     3.    Williams-Sonoma Stores, Inc.; Williams-Sonoma d/b/a Williams-Sonoma and
7 | Williams-Sonoma Home; and Pottery Barn, Inc. each operate at least one retail store in San
8 | Francisco County, California.

9 |     I declare under penalty of perjury under the laws of the State of California that the
10 | foregoing is true and correct.

12 | Executed this 2nd day of May, 2016 in _LEXINGTON_, Kentucky.

By: _/s/ William Rushing_
William Rushing