# **EXHIBIT C**

















## Return Receipt 1 (top left)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Williams-Sonoma DTC, Inc.
   3250 Van Ness Avenue
   San Francisco, CA 94109

9590 9401 0127 5225 1136 77

2. Article Number (Transfer from service label)

   7015 3010 0002 3558 6453

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Return Receipt 2 (top right)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Williams-Sonoma Stores, Inc.
   3250 Van Ness Avenue
   San Francisco, CA 94109

9590 9401 0127 5225 1136 91

2. Article Number (Transfer from service label)

   7015 3010 0002 3558 5647

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Return Receipt 3 (bottom left)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Laura J. Alber-CEO/President/Director
   Williams-Sonoma, Inc.
   3250 Van Ness Avenue
   San Francisco, CA 94109

9590 9401 0127 5225 1136 60

2. Article Number (Transfer from service label)

   7015 3010 0002 3558 6446

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Return Receipt 4 (bottom right)

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Williams-Sonoma Advertising, Inc.
   3250 Van Ness Avenue
   San Francisco, CA 94109

9590 9401 0127 5225 1137 07

2. Article Number (Transfer from service label)

   7015 3010 0002 3558 5630

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**Return Receipt 1 (top-left):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   James W. Brett-President
   West Elm
   3250 Van Ness Avenue
   San Francisco, CA 94109

2. Article Number (Transfer from service label)
   7015 3010 0002 3558 5654

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] — Agent
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

9590 9403 0888 5223 5206 84

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**Return Receipt 2 (top-right):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sandra Stangl - President
   Pottery Barn, Pottery Barn Kids, and
   Pottery Barn Teen
   3250 Van Ness Avenue
   San Francisco, CA 94109

2. Article Number (Transfer from service label)
   7015 3010 0002 3558 5661

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] — Agent
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type (same options as above)

9590 9401 0127 5225 1136 84

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**Return Receipt 3 (bottom-left):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   David King-General Counsel and
   Senior Vice President
   Williams-Sonoma, Inc.
   3250 Van Ness Avenue
   San Francisco, CA 94109

2. Article Number (Transfer from service label)
   7015 3010 0002 3558 5678

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] — Agent
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type (same options as above)

9590 9403 0888 5223 5207 21

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**Return Receipt 4 (bottom-right):**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Janet Hayes-President
   Williams-Sonoma Brand
   3250 Van Ness Avenue
   San Francisco, CA 94109

2. Article Number (Transfer from service label)
   7015 3010 0002 3558 6439

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature] — Agent
B. Received by (Printed Name)
C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type (same options as above)

9590 9403 0888 5223 5206 91

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Benjamin O. Aigboboh
   Shepard Mullin Richter & Hampton LLP
   Four Embarcadero Center, 17th Floor
   San Francisco, CA 94111-4109

   9590 9401 0127 5225 1137 45

2. Article Number *(Transfer from service label)*

   7015 3010 0002 3558 5623

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes   ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Williams-Sonoma, Inc., et al.
   c/o CSC Lawyers Incorporating Services
   2710 Gateway Oaks Drive, Suite 150 N
   Sacramento, CA 95833

   9590 9403 0888 5223 5207 07

2. Article Number *(Transfer from service label)*

   7015 3010 0002 3558 6422

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signature)_ ☐ Agent ☐ Addressee

B. Received by *(Printed Name)*: Sally Su    C. Date of Delivery: MAY 09 2016

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt