George Richard Baker, Cal. Bar No. 224003
BAKER LAW, PC
436 N. Stanley Avenue
Los Angeles, California 90036
Telephone:    323.452.9685
Email:        richard@bakerlawpc.com

*Attorneys for Plaintiff and the Proposed Class*

[Additional Counsel for Plaintiff and the Proposed Class Listed on Signature Page]

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal. Bar No. 168646
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
ERIC J. DIIULIO, Cal. Bar No. 301439
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        ccardon@sheppardmullin.com
              baigboboh@sheppardmullin.com
              ediiulio@sheppardmullin.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM RUSHING, Individually and on Behalf of all Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAMS-SONOMA, INC., a Delaware corporation, also d/b/a Williams-Sonoma and Williams-Sonoma Home; WILLIAMS-SONOMA DTC, INC., a California corporation; WILLIAMS-SONOMA ADVERTISING, INC., a California corporation; WILLIAMS-SONOMA STORES, INC., a California corporation; POTTERY BARN, INC., a California corporation; POTTERY BARN KIDS, INC., a California corporation, also d/b/a Pottery Barn Baby; POTTERY BARN TEEN, INC., a California corporation also d/b/a PB Teen and PB Dorm; WEST ELM, INC., a California corporation; and DOES 1-30,<br><br>    Defendants. | Case No. 3:16-cv-01421-WHO<br><br>*Assigned to the Hon. William H. Orrick*<br><br>**CLASS ACTION**<br><br>**STIPULATION TO CONTINUE SEPTEMBER 6 CMC TO SEPTEMBER 13 [L.R. 6.2, 7-12, & 16-2]**<br><br>TAC Filed:         June 6, 2016<br>Action Removed:    March 23, 2016<br>Trial Date:        None Set |

Pursuant to Fed. R. Civ. P. 16(b)(4) and N.D. Cal. Local Rules 6-2, 7-12, and 16-2(e), Plaintiff William Rushing and Defendants Williams-Sonoma, Inc., Williams-Sonoma DTC, Inc., Williams-Sonoma Advertising, Inc., Williams-Sonoma Stores, Inc., Pottery Barn, Inc., Pottery Barn Kids, Inc., Pottery Barn Teen, Inc., and West Elm, Inc. (collectively "Defendants"), by and through their respective counsel, stipulate as follows:

**RECITALS**

1.  WHEREAS, on May 5, 2016, the Court issued an order setting a Case Management Conference for September 6, 2016 at 2:00 p.m. (Dkt. 20);

2.  WHEREAS, lead counsel for Defendants has a scheduling conflict that will prevent him from attending the Case Management Conference on September 6, 2016;

3.  WHEREAS, the parties have met and conferred, and have agreed to continue the Case Management Conference from September 6, 2016 to September 13, 2016, or the next date upon which the Court is available to conduct the Case Management Conference;

4.  WHEREAS, pursuant to Local Rule 6-2(a)(2), all previous time modifications in the case are as follows:

- on March 29, 2016, the parties stipulated to extend Defendants' time to respond to the First Amended Complaint from March 30, 2016 to April 20, 2016;
- on May 5, 2016, pursuant to stipulation of the parties, the Court continued the June 21, 2016 Case Management Conference to September 6, 2016; and
- on June 23, 2016, the parties stipulated to extend Defendants' time to respond to the Third Amended Complaint from June 23, 2016 to June 27, 2016.

6.  WHEREAS, pursuant to Local Rule 6-2(a)(3), the parties inform the Court that the requested continuance would have no effect on the schedule for the case beyond delaying the Case Management Conference for one week.

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel, that the Case Management Conference currently set for September 6, 2016 is continued to September 13, 2016, at 2:00 p.m., or the next date upon which the Court is available to conduct the Case Management Conference.

**IT IS SO STIPULATED**.

Dated:  August 3, 2016          ROSE LAW GROUP, PC


                                 By      */s/ Kathryn Honeker*
                                     KATHRYN HONEKER (admitted *pro hac vice*)
                                     LAUREN NAGEOTTE (admitted *pro hac vice*)
                                     AUDRA PETROLLE (admitted *pro hac vice*)


                                     7144 E Stetson Drive, Suite 300
                                     Scottsdale, Arizona 85251
                                     Telephone:     480.505.3936
                                     Email:         khonecker@roselawgroup.com
                                                    lnageotte@roselawgroup.com
                                                    apetrolle@roselawgroup.com
                                                    docket@roselawgroup.com


                                     *Additional Attorneys for Plaintiffs and the Proposed Class*


Dated:  August 3, 2016          SHEPPARD MULLIN RICHTER & HAMPTON LLP


                                 By      */s/ Eric J. DiIulio*
                                         P. CRAIG CARDON
                                      BENJAMIN O. AIGBOBOH
                                         ERIC J. DIIULIO

                                     *Attorneys for Defendants*

1 | **PURSUANT TO STIPULATION,**
2 |     **IT IS SO ORDERED.**

5 | Dated: _August 4_, 2016

_____
The Hon. William H. Orrick
United States District Judge