ROSE LAW GROUP
Kathryn Honecker (admitted *pro hac vice*)
Lauren Nageotte (admitted *pro hac vice*)
Audra Petrolle (admitted *pro hac vice*)
7144 E Stetson Drive, Suite 300
Scottsdale, Arizona 85251
Telephone:     480.505.3936
Email:          khonecker@roselawgroup.com

*Attorneys for Plaintiff and the Proposed Class* [Additional Counsel on Signature Page]

SHEPPARD MULLIN RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal. Bar No. 168646
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
ERIC J. DIIULIO, Cal. Bar No. 301439
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:     415.434.9100
Email:          ccardon@sheppardmullin.com
                baigboboh@sheppardmullin.com
                ediiulio@sheppardmullin.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM RUSHING, Individually and on Behalf of all Others Similarly Situated,<br><br>        Plaintiff,<br><br>   v.<br><br>WILLIAMS-SONOMA, INC., a Delaware corporation, also d/b/a Williams-Sonoma and Williams-Sonoma Home; WILLIAMS-SONOMA DTC, INC., a California corporation; WILLIAMS-SONOMA ADVERTISING, INC., a California corporation; WILLIAMS-SONOMA STORES, INC., a California corporation; POTTERY BARN, INC., a California corporation; POTTERY BARN KIDS, INC., a California corporation, also d/b/a Pottery Barn Baby; POTTERY BARN TEEN, INC., a California corporation also d/b/a PB Teen and PB Dorm; WEST ELM, INC., a California corporation; and DOES 1-30,<br><br>        Defendants. | Case No. 3:16-cv-01421-WHO<br><br>*Assigned to the Hon. William H. Orrick*<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING SEPTEMBER 13, 2016 INITIAL CASE MANAGEMENT CONFERENCE**<br><br><br>Complaint Filed:   January 29, 2016<br>Action Removed:  March 23, 2016<br>TAC Filed:        June 6, 2016<br>Trial Date:         None Set |

Pursuant to Fed. R. Civ. P. 16(b)(4) and N.D. Cal. Local Rules 6-2, 7-12, and 16-2(e), Plaintiff William Rushing ("Plaintiff") and Defendants Williams-Sonoma, Inc., Williams-Sonoma DTC, Inc., Williams-Sonoma Advertising, Inc., Williams-Sonoma Stores, Inc., Pottery Barn, Inc., Pottery Barn Kids, Inc., Pottery Barn Teen, Inc., and West Elm, Inc. (collectively "Defendants"), by and through their respective counsel, stipulate as follows:

## **RECITALS**

WHEREAS, on August 15, 2016, the Court issued an Order Granting in Part Motion to Dismiss ("Order") and directed Plaintiff to file an amended complaint within 30 days of the Order, *i.e.*, by September 14, 2016;

WHEREAS, the Initial Case Management Conference is currently scheduled for September 13, 2016 (Dkt. 35);

WHEREAS, Plaintiff and Defendants have conferred and agree that continuing the Initial Case Management Conference until after Plaintiff has filed his amended complaint pursuant to the Order and Defendants have responded will not, at this early stage, have a significant effect on the overall schedule for this case, and would be in the parties' best interests and in the interest of judicial economy, as such a continuance would enable both the parties and the Court to focus attention and resources on the issues that will proceed in the litigation.

WHEREAS, all previous time modifications in the case are as follows:

- on March 29, 2016, the parties stipulated to extend Defendants' time to respond to the First Amended Complaint from March 30, 2016 to April 20, 2016;

- on May 5, 2016, pursuant to stipulation of the parties, the Court continued the June 21, 2016 Case Management Conference to September 6, 2016;

- on June 23, 2016, the parties stipulated to extend Defendants' time to respond to the Third Amended Complaint from June 23, 2016 to June 27, 2016; and

- on August 4, 2016, pursuant to stipulation of the parties, the Court continued the September 6, 2016 Case Management Conference to September 13, 2016.

WHEREAS, Eric DiIulio attests that Kathryn Honecker concurs in filing this Stipulated Request For Order Continuing September 13, 2016 Initial Case Management Conference.

THEREFORE, the parties hereby stipulate and request that the Court issue an order as follows:

- Plaintiff shall file his amended complaint on September 14, 2016;
- Defendants shall file a response on or before October 3, 2016;
  - If Defendants' response is an answer, the Initial Case Management Conference shall be continued to November 1, 2016; and
  - If Defendants' response is a motion to dismiss, the Initial Case Management Conference shall be continued to the first available date at least 30 days after the Court issues an order on Defendants' motion.

**IT IS SO STIPULATED**.

Dated:  August 17, 2016         ROSE LAW GROUP, PC


By    _____
                    */s/ Kathryn Honecker*
                    Kathryn Honecker (admitted *pro hac vice*)
                    Lauren Nageotte (admitted *pro hac vice*)
                    Audra Petrolle (admitted *pro hac vice*)

                    -and-

                    George Richard Baker, Cal. Bar No. 224003
                    BAKER LAW, PC
                    436 N. Stanley Avenue
                    Los Angeles, California 90036
                    Telephone:    323.452.9685
                    Email:          richard@bakerlawpc.com

                    *Attorneys for Plaintiffs and the Proposed Class*

Dated:  August 17, 2016         SHEPPARD MULLIN RICHTER & HAMPTON LLP


By    _____
                    */s/Eric J. DiIulio*
                    P. Craig Cardon
                    Benjamin O. Aigboboh
                    Eric J. DiIulio

                    *Attorneys for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  __August 23_____, 2016

_____
The Hon. William H. Orrick
United States District Judge