ROSE LAW GROUP
KATHRYN HONECKER (admitted *pro hac vice*)
AUDRA PETROLLE (admitted *pro hac vice*)
7144 E Stetson Drive, Suite 300
Scottsdale, Arizona 85251
Telephone:    480.505.3936
Email:        khonecker@roselawgroup.com
              apetrolle@roselawgroup.com

*Attorneys for Plaintiff and the Proposed Class* [Additional Counsel on Signature Page]

SHEPPARD MULLIN RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal. Bar No. 168646
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
ERIC J. DIIULIO, Cal. Bar No. 301439
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Email:        ccardon@sheppardmullin.com
              baigboboh@sheppardmullin.com
              ediiulio@sheppardmullin.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILLIAM RUSHING, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA, INC., a Delaware corporation, also d/b/a Williams-Sonoma, and Williams-Sonoma Home, Pottery Barn, PB Teen, and PB Dorm, Pottery Barn Kids, Pottery Barn Baby, and West Elm; WILLIAMS-SONOMA DTC, INC., a California corporation; WILLIAMS-SONOMA ADVERTISING, INC., a California corporation; and DOES 1-30,<br><br>Defendants. | Case No. 3:16-cv-01421-WHO<br><br>*Assigned to the Hon. William H. Orrick*<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST AND ORDER:**<br><br>**(1) EXTENDING DEADLINE TO RESPOND TO FOURTH AM. COMPLAINT;**<br>**(2) SETTING DEADLINE TO RESPOND TO PROPOSED FIFTH AM. COMPLAINT;**<br>**(3) SETTING BRIEFING SCHEDULE FOR ANTICIPATED MOTION TO DISMISS; AND**<br>**(4) CONTINUING NOV. 8, 2016 CMC**<br><br>Complaint Filed:        January 29, 2016<br>Action Removed:         March 23, 2016<br>4th Am. Complaint Filed: September 14, 2016<br>Trial Date:             None Set |

SMRH:479355295.2

Case No. 3:16-cv-01421-WHO
STIPULATED REQUEST RE: DEADLINE TO RESPOND TO FOURTH AND FIFTH AM.
COMPLAINTS, BRIEFING SCHEDULING, AND NOVEMBER 8 CMC

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2  Pursuant to Fed. R. Civ. P. 16(b)(4) and Northern District of California Local Rules 6-1, 6-2, 7-12, and 16-2(e), Plaintiff William Rushing ("Plaintiff") and Defendants Williams-Sonoma, Inc., Williams-Sonoma DTC, Inc., and Williams-Sonoma Advertising, Inc. (collectively "Defendants"), by and through their respective counsel, hereby respectfully stipulate and jointly request that the Court extend Defendants' deadline to respond to Plaintiff's Fourth Amended Class Action Complaint ("Fourth Amended Complaint"); set the time for Defendants to respond to Plaintiff's proposed Fifth Amended Class Action Complaint ("Fifth Amended Complaint"); set a briefing schedule for Defendants' anticipated motion to dismiss; and continue the Case Management Conference currently set for November 8, 2016 ("CMC") until after ruling on Defendants' anticipated motion to dismiss.

## RECITALS

WHEREAS, Plaintiff filed his Fourth Amended Complaint (Dkt. 43) on September 14, 2016.

WHEREAS, the deadline for Defendants to respond the Fourth Amended Complaint is currently October 3, 2016 (Dkt. 40).

WHEREAS, Plaintiff delivered an amended CLRA notice letter to Defendants on September 19, 2016 and Plaintiff plans to filed a Fifth Amended Complaint for the sole purpose of seeking permissible damages for the CLRA claim alleged in the Fourth Amended Complaint if Plaintiff's CLRA claim is not resolved within 30 days of Defendants' receipt of Plaintiff's September 19, 2016 letter in accordance with California Civil Code § 1782(b).  For avoidance of doubt, Defendants do not waive their right to pursue any challenges to the Fourth Amended Complaint or Fifth Amended Complaint including, but not limited to, the addition of any damages claims under the CLRA.

WHEREAS, the Parties' agree that Plaintiff's Fifth Amended Complaint would render moot any response to the Fourth Amended Complaint filed by Defendants.

WHEREAS, on September 26, 2016, the Court scheduled the initial CMC in this matter for November 8, 2016 at 2:00 P.M. in Courtroom 2 (Doc. 46).

1  WHEREAS, Plaintiff and Defendants have met and conferred and agree that Defendants' deadline to respond to the Fourth Amended Complaint should be extended until after Plaintiff files his anticipated Fifth Amended Complaint, agree to the terms of this stipulation and [proposed] order, and agree that continuing the CMC until after the Court has heard and ruled on Defendants' motion to dismiss the Fourth Amended Complaint or Fifth Amended Complaint will not, at this early stage, have a significant effect on the overall schedule for this case and would be in the parties' best interests and in the interest of judicial economy by allowing them to focus their attention and resources on the issues that will proceed in the litigation.

WHEREAS, all previous time modifications in the case are as follows:

- on March 29, 2016, the parties stipulated to extend Defendants' time to respond to the First Amended Complaint from March 30, 2016 to April 20, 2016;
- on May 5, 2016, pursuant to stipulation of the parties, the Court continued the June 21, 2016 Case Management Conference to September 6, 2016;
- on June 23, 2016, the parties stipulated to extend Defendants' time to respond to the Third Amended Complaint from June 23, 2016 to June 27, 2016;
- on August 4, 2016, pursuant to stipulation of the parties, the Court continued the September 6, 2016 Case Management Conference to September 13, 2016; and
- on August 23, 2016, pursuant to stipulation of the parties, the Court continued the September 13, 2016 Case Management Conference, and on September 26, 2016 the Court scheduled the CMC for November 8, 2016.

WHEREAS, Plaintiff plans to file his Fifth Amended Complaint on or before October 24, 2016, but does not waive his right to file his Fifth Amended Complaint after that date as permitted by California Civil Code § 1782(b).

WHEREAS, Defendants will respond to the Fifth Amended Complaint as set forth below;

WHEREAS, if Defendants file a motion to dismiss the Fifth Amended Complaint, the briefing of the motion to dismiss shall be scheduled as set forth below.

WHEREAS, if Plaintiff does not file a Fifth Amended Complaint by October 24, 2016, Defendants deadline to respond to the Fourth Amended Complaint shall be November 14, 2016;

1  WHEREAS, if Defendants file a motion to dismiss the Fourth Amended Complaint, the briefing of the motion to dismiss shall be scheduled as set forth below.

WHEREAS, Eric DiIulio attests that Kathryn Honecker concurs in filing this stipulation.

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel, that:

1. If Plaintiff files a Fifth Amended Complaint by **October 24, 2016**, Defendants' obligation to respond to the Fourth Amended Complaint will become moot, and Defendants will respond to the Fifth Amended Complaint on or before **November 14, 2016**.

2. If Defendants file a motion to dismiss the Fifth Amended Complaint, the following briefing schedule shall apply:

   a. Plaintiff shall file his opposition on or before **December 6, 2016**; and

   b. Defendants shall file their reply on or before **December 20, 2016**.

3. If Plaintiff advises Defendants that he intends to file a Fifth Amended Complaint after October 24, 2016, the parties agree to confer regarding the briefing schedule for any motion to dismiss the Fifth Amended Complaint.

4. If Plaintiff does not file a Fifth Amended Complaint by October 24, 2016 and advises Defendants that he will not be filing a Fifth Amended Complaint on or before October 24, 2016, Defendants' deadline to respond to the Fourth Amended Complaint shall be **November 14, 2016**.

5. If Defendants file a motion to dismiss the Fourth Amended Complaint, the following briefing schedule shall apply:

   a. Plaintiff shall file his opposition on or before **December 6, 2016**; and

   b. Defendants shall file their reply on or before **December 20, 2016**.

6. The CMC, currently set for **November 8, 2016**, and all related deadlines are continued until at least 30 days after ruling on Defendants' motion to dismiss either the Fourth Amended Complaint or Fifth Amended Complaint.

**IT IS SO STIPULATED.**

1

2  Dated: October 3, 2016            ROSE LAW GROUP, PC

3

4                                    By            */s/ Kathryn Honecker*
                                         Kathryn Honecker (admitted *pro hac vice*)
5                                        Audra Petrolle (admitted *pro hac vice*)

6                                        -and-

7                                        George Richard Baker, Cal. Bar No. 224003
                                         BAKER LAW, PC
8                                        436 N. Stanley Avenue
                                         Los Angeles, California 90036
9                                        Telephone:   323.452.9685
                                         Email:      richard@bakerlawpc.com
10

11                                       *Attorneys for Plaintiffs and the Proposed Class*

12 Dated: October 3, 2016            SHEPPARD MULLIN RICHTER & HAMPTON LLP

13

14                                    By            */s/ Eric. J. DiIulio*
                                         P. Craig Cardon
15                                       Benjamin O. Aigboboh
                                         Eric J. DiIulio
16

17                                       *Attorneys for Defendants*

18

19                                    **ORDER**

20     PURSUANT TO STIPULATION, **as modified below**, IT IS SO ORDERED:

21     1. The hearing on the motion to dismiss shall be set on January 11, 2017 at 2 p.m.

22     2. The Case Management Conference is continued until February 7, 2017.

23

24  DATED October 5, 2016

25                                        _____
                                          The Honorable William H. Orrick
26                                        United States District Judge

27

28