ROSE LAW GROUP
KATHRYN HONECKER (admitted *pro hac vice*)
AUDRA PETROLLE (admitted *pro hac vice*)
7144 E Stetson Drive, Suite 300
Scottsdale, Arizona 85251
Telephone:    480.505.3936
Email:        khonecker@roselawgroup.com
              apetrolle@roselawgroup.com
*Attorneys for Plaintiff and the Proposed Class*
[Additional Counsel on Signature Page]

SHEPPARD MULLIN RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal. Bar No. 168646
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
ERIC J. DIIULIO, Cal. Bar No. 301439
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Email:        ccardon@sheppardmullin.com
              baigboboh@sheppardmullin.com
              ediiulio@sheppardmullin.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM RUSHING, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA, INC., a Delaware corporation, also d/b/a Williams-Sonoma, and Williams-Sonoma Home, Pottery Barn, PB Teen, and PB Dorm, Pottery Barn Kids, Pottery Barn Baby, and West Elm; WILLIAMS-SONOMA DTC, INC., a California corporation; WILLIAMS-SONOMA ADVERTISING, INC., a California corporation; and DOES 1-30,<br><br>Defendants. | Case No. 3:16-cv-01421-WHO<br><br>*Assigned to the Hon. William H. Orrick*<br><br>**CLASS ACTION**<br><br>**STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE, HEARING DATE, AND CMC AND ORDER**<br><br>Complaint Filed:          January 29, 2016<br>Action Removed:          March 23, 2016<br>5th Am. Complaint Filed: October 24, 2016<br>Trial Date:              None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Northern District of California Local Rule 6-1(b) and 6.2, Plaintiff William Rushing ("Plaintiff") and Defendants Williams-Sonoma, Inc., Williams-Sonoma DTC, Inc., and Williams-Sonoma Advertising, Inc. (collectively "Defendants"), by and through their respective counsel, hereby respectfully stipulate and jointly request that the Court extend the briefing and hearing schedule for Defendants' Motion to Dismiss, or, in the Alternative, Motion to Strike Portions of, Fifth Amended Complaint ("Motions") (Doc. No. 50) and continue the Case Management Conference as currently set forth in the Stipulated Request and Order: (1) Extending Deadline to Respond to Fourth Amended Complaint; (2) Setting Deadline to Respond to Proposed Fifth Am. Complaint; (3) Setting Briefing Schedule for Anticipated Motion to Dismiss; and (4) Continuing Nov. 8, 2016 CMC (Doc. No. 48).

## **RECITALS**

WHEREAS, Plaintiff filed his Fourth Amended Class Action Complaint (Dkt. 43) on September 14, 2016;

WHEREAS, Plaintiff intended to and did file his Fifth Amended Class Action Complaint (Dkt. 49) on October 24, 2016, which added additional damages claims under the Consumer Legal Remedies Act, California Civil Code § 1782(b).

WHEREAS, because the parties' agreed that Plaintiff's Fifth Amended Complaint would render moot any response to the Fourth Amended Class Action Complaint filed by Defendants, the parties stipulated and requested that the Court extend Defendants' deadline to respond to the Fourth Amended Complaint until after Plaintiff's anticipated filing of his Fifth Amended Complaint;

WHEREAS, in the parties' stipulation and request to the Court, they also stipulated to a briefing schedule (set forth below) for Defendants' anticipated motion to dismiss and to continue the Case Management Conference;

1   WHEREAS, on October 5, 2016, the Court scheduled the hearing on Defendants' motion
2   to dismiss for January 11, 2017 at 2 p.m. and the initial Case Management Conference in this
3   matter for February 7, 2017 (Doc. 48).

4   WHEREAS, Plaintiff's counsel seeks an extension of three additional days to file
5   Plaintiff's opposition to Defendants' Motions.

6   WHEREAS, at the time Plaintiff agreed to the prior schedule, he was aware that
7   Defendants would be filing a motion to dismiss under Fed. R. Civ. P. 12(b), but was unaware the
8   they would also be filing a motion to strike under Fed. R. Civ. P. 12(f).  In light of the holiday
9   season and work devoted to a motion for class certification Plaintiffs' counsel filed on November
10  28, 2016, in an unrelated action, Plaintiff's counsel seeks a modest extension of time to thoroughly
11  address each of the issues raised in Defendants' Motions.

12  WHEREAS, Plaintiff and Defendants have met and conferred and agree that Plaintiff's
13  deadline to respond to Defendants' Motions should be extended three days to Friday, December 9,
14  2016, and that Defendants' deadline to file a reply in support of their Motions should be extended
15  to January 9, 2017.  These extensions will not have a significant effect on the overall schedule for
16  this case and would be in the parties' best interests and in the interest of judicial economy because
17  they will allow the parties to adequately address each of the issues raised in Defendants' Motions.

18  WHEREAS, pursuant to Local Rule 6-2(a)(2), all previous time modifications in the case
19  are as follows:

20  - on March 29, 2016, the parties stipulated to extend Defendants' time to respond to
21    the First Amended Complaint from March 30, 2016 to April 20, 2016 (Doc. No.
22    16);
23  - on May 5, 2016, pursuant to stipulation of the parties, the Court continued the June
24    21, 2016 Case Management Conference to September 6, 2016 (Doc. No. 20);
25  - on June 23, 2016, the parties stipulated to extend Defendants' time to respond to
26    the Third Amended Complaint from June 23, 2016 to June 27, 2016 (Doc. No. 25);

27
28
.

- on August 4, 2016, pursuant to stipulation of the parties, the Court continued the September 6, 2016 Case Management Conference to September 13, 2016 to accommodate a scheduling conflict by lead counsel for Defendant (Doc. No. 35);

- on August 23, 2016, pursuant to stipulation of the parties, the Court continued the September 13, 2016 Case Management Conference, and on September 26, 2016 the Court scheduled the Case Management Conference for November 8, 2016; and

- on October 5, 2016, pursuant to stipulation of the parties and for reasons explained above, the Court extended Defendants' deadline to respond to the Fourth Amended Complaint, if necessary, to November 14, 2016, and continued the November 8, 2016 Case Management Conference to February 7, 2017 (Doc. No. 48).

WHEREAS, the instant stipulation and request for an extension will be the first extension of a filing deadline requested by Plaintiff.

WHEREAS, Kathryn Honecker attests that Eric DiIulio concurs in filing this Stipulated Request to Extend Briefing Schedule, Hearing Date, and Case Management Conference.

**STIPULATION**

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE and respectfully request that the current briefing and hearing schedule related to Defendants' Motion to Dismiss, or, in the Alternative, Motion to Strike Portions of, Fifth Amended Complaint ("Motions") currently set forth in the Stipulated Request and Order: (1) Extending Deadline to Respond to Fourth Amended Complaint; (2) Setting Deadline to Respond to Proposed Fifth Am. Complaint; (3) Setting Briefing Schedule for Anticipated Motion to Dismiss; and (4) Continuing Nov. 8, 2016 CMC (Doc. No. 48) be amended as follows:

| Case Event | Current Dates (Doc. No. 48) | Proposed Dates |
|---|---|---|
| Plaintiff's deadline to file opposition to Defendants' Motions | December 6, 2016 | December 9, 2016 |
| Defendants' deadline to file reply in support of their Motions | December 20, 2016 | January 9, 2017 |

| Hearing on Defendants' Motions | January 11, 2017 | February 8, 2017 or the next available date |
|---|---|---|
| Case Management Conference and all related deadlines | February 7, 2017 | February 28, 2017 or the next available date |

**IT IS SO STIPULATED.**

Dated:  December 5, 2016    ROSE LAW GROUP, PC


By    */s/ Kathryn Honecker*
Kathryn Honecker (admitted *pro hac vice*)
Audra Petrolle (admitted *pro hac vice*)

-and-

George Richard Baker, Cal. Bar No. 224003
BAKER LAW, PC
436 N. Stanley Avenue
Los Angeles, California 90036
Telephone:   323.452.9685
Email:          richard@bakerlawpc.com

*Attorneys for Plaintiffs and the Proposed Class*


Dated:  December 5, 2016    SHEPPARD MULLIN RICHTER & HAMPTON LLP


By    */s/ Eric J. DiIulio*
P. Craig Cardon
Benjamin O. Aigboboh
Eric J. DiIulio

*Attorneys for Defendants*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED, as clarified below:

The Court grants the proposed extensions. The hearing on defendants' motion to dismiss is continued until February 8, 2017 at 2 p.m. and the Case Management Conference is continued until February 28, 2017 at 2 p.m.

DATED: December 6, 2016

_____
The Honorable William H. Orrick
United States District Judge