1  ROSE LAW GROUP
   KATHRYN HONECKER (*pro hac vice*)
2  AUDRA PETROLLE (*pro hac vice*)
   LAUREN NAGEOTTE (*pro hac vice*)
3  7144 E Stetson Drive, Suite 300
   Scottsdale, Arizona 85251
4  Telephone:    480.505.3936
5  Email:        khonecker@roselawgroup.com
                 apetrolle@roselawgroup.com
6                lnageotte@roselawgroup.com
7
   *Attorneys for Plaintiff and the Proposed Class* [Additional Counsel on Signature Page]
8
9  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   P. CRAIG CARDON, Cal. Bar No. 168646
   BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
10 ERIC J. DIIULIO, Cal. Bar No. 301439
11 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
12 Telephone:    415.434.9100
   Email:        ccardon@sheppardmullin.com
13                baigboboh@sheppardmullin.com
                 ediiulio@sheppardmullin.com
14
15 *Attorneys for Defendants*

16              **UNITED STATES DISTRICT COURT**

17   **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

18 | WILLIAM RUSHING, Individually and on | Case No. 3:16-cv-01421-WHO |
   | Behalf of all Others Similarly Situated, | |
19 | | *Assigned to the Hon. William H. Orrick* |
   | Plaintiff, | |
20 | | **CLASS ACTION** |
21 | v. | |
   | | **STIPULATED REQUEST TO CONTINUE** |
22 | WILLIAMS-SONOMA, INC., *et al.*, | **HEARING ON DEFENDANTS' MOTION** |
   | | **TO DISMISS FROM FEBRUARY 8, 2017** |
   | | **TO FEBRUARY 22, 2017;** |
23 | Defendants. | **ORDER THEREON.** |
24 | | Complaint Filed:        January 29, 2016 |
   | | Action Removed:         March 23, 2016 |
25 | | 5th Am. Complaint Filed: October 24, 2016 |
   | | Trial Date:             None Set |
26
27
28

SMRH:480624621.2

1  **TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

2      Pursuant to Northern District of California Local Rules 6-1, 6-2, and 7-12, Plaintiff

3  William Rushing ("Plaintiff") and Defendants Williams-Sonoma, Inc., Williams-Sonoma DTC,

4  Inc., and Williams-Sonoma Advertising, Inc. (collectively "Defendants"), by and through their

5  respective counsel, hereby respectfully stipulate and jointly request that the Court continue the

6  hearing on Defendants' motion to dismiss (Dkt. 50) from February 8, 2017 at 2:00 p.m. to

7  February 22, 2017 at 2:00 p.m.

8                              **RECITALS**

9      WHEREAS, on December 6, 2016, the Court granted the parties' stipulated request to

10  extend the briefing schedule and set the hearing on Defendants' motion to dismiss for February 8,

11  2017.  (Dkt. 52.)

12      WHEREAS, lead counsel for Defendants will be out of the country for business on

13  February 8, 2017.

14      WHEREAS, the parties have met and conferred, and Plaintiff has agreed to join this

15  request to continue the hearing on Defendants' motion to dismiss to February 22, 2017 at 2:00

16  p.m. so that lead counsel for both parties may attend.

17      WHEREAS, all previous time modifications in the case are as follows:

18      •      on March 29, 2016, the parties stipulated to extend Defendants' deadline to respond

19             to the First Amended Complaint from March 30, 2016 to April 20, 2016;

20      •      on May 5, 2016, pursuant to stipulation of the parties, the Court continued the June

21             21, 2016 Case Management Conference to September 6, 2016;

22      •      on June 23, 2016, the parties stipulated to extend Defendants' deadline to respond

23             to the Third Amended Class Action Complaint from June 23, 2016 to June 27,

24             2016;

25      •      on August 4, 2016, pursuant to stipulation of the parties, the Court continued the

26             September 6, 2016 Case Management Conference to September 13, 2016;

27

28

1        •    on August 23, 2016, pursuant to stipulation of the parties, the Court continued the
2               September 13, 2016 Case Management Conference, and on September 26, 2016 the
3               Court scheduled the Case Management Conference for November 8, 2016;

4        •    on October 5, 2016, pursuant to stipulation of the parties, the Court continued
5               Defendants' deadline to respond to Plaintiff's Fourth Amended Class Action
6               Complaint, set the briefing schedule for Defendants' response to Plaintiff's Fifth
7               Amended Class Action Complaint, set the hearing on Defendants motion to dismiss
8               for January 11, 2017, and continued the Case Management Conference to February
9               7, 2016; and

10       •    on December 6, 2016, pursuant to stipulation of the parties, the Court extended the
11              opposition and reply briefing deadlines, continued the hearing on Defendants'
12              motion to dismiss to February 8, 2017, and continued the Case Management
13              Conference to February 28, 2017.

14     WHEREAS, the continuance requested by the parties will not otherwise affect the schedule
15 for the case.

16     WHEREAS, Eric DiIulio attests that Kathryn Honecker concurs in filing this stipulation.

17 / / /

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel, that the hearing on Defendants' motion to dismiss (Dkt. 50) should be continued from February 8, 2017 at 2:00 p.m. to February 22, 2017 at 2:00 p.m.

**IT IS SO STIPULATED.**

Dated:  January 18, 2017          ROSE LAW GROUP, PC

By          */s/ Kathryn Honecker*
          Kathryn Honecker (*pro hac vice*)
          Audra Petrolle (*pro hac vice*)
          Lauren Nageotte (*pro hac vice*)

          -and-

          George Richard Baker, Cal. Bar No. 224003
          BAKER LAW, PC
          436 N. Stanley Avenue
          Los Angeles, California 90036
          Telephone:   323.452.9685
          Email:       richard@bakerlawpc.com

          *Attorneys for Plaintiffs and the Proposed Class*

Dated:  January 18, 2017          SHEPPARD MULLIN RICHTER & HAMPTON LLP

By          _____
          P. Craig Cardon
          Benjamin O. Aigboboh
          Eric J. DiIulio

          *Attorneys for Defendants*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _January 20_, 2017

The Honorable William H. Orrick
United States District Judge

SMRH:480624621.2

Case No. 3:16-cv-01421-WHO
STIPULATED REQUEST TO CONTINUE HEARING
ON DEFENDANTS' MOTION TO DISMISS