| | |
|---|---|
| 1 | ROSE LAW GROUP |
| | KATHRYN HONECKER (*pro hac vice*) |
| 2 | AUDRA PETROLLE (*pro hac vice*) |
| | LAUREN NAGEOTTE (*pro hac vice*) |
| 3 | 7144 E Stetson Drive, Suite 300 |
| 4 | Scottsdale, Arizona 85251 |
| | Telephone:   480.505.3936 |
| 5 | Email:   khonecker@roselawgroup.com |
| | apetrolle@roselawgroup.com |
| 6 | lnageotte@roselawgroup.com |

*Attorneys for Plaintiff and the Proposed Class* [Additional Counsel on Signature Page]

SHEPPARD MULLIN RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal. Bar No. 168646
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
ERIC J. DIIULIO, Cal. Bar No. 301439
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:   415.434.9100
Email:   ccardon@sheppardmullin.com
   baigboboh@sheppardmullin.com
   ediiulio@sheppardmullin.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM RUSHING, Individually and on Behalf of all Others Similarly Situated, | Case No. 3:16-cv-01421-WHO |
| | *Assigned to the Hon. William H. Orrick* |
| Plaintiff, | **CLASS ACTION** |
| v. | **STIPULATED REQUEST TO CONTINUE FEBRUARY 28, 2017 CASE MANAGEMENT CONFERENCE; ORDER THEREON.** |
| WILLIAMS-SONOMA, INC., *et al.*, | |
| Defendants. | Complaint Filed:   January 29, 2016 |
| | Action Removed:   March 23, 2016 |
| | 5th Am. Complaint Filed:   October 24, 2016 |
| | Trial Date:   None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Northern District of California Local Rules 6-1, 6-2, and 7-12, Plaintiff William Rushing ("Plaintiff") and Defendants Williams-Sonoma, Inc., Williams-Sonoma DTC, Inc., and Williams-Sonoma Advertising, Inc. (collectively "Defendants"), by and through their respective counsel, hereby respectfully stipulate and jointly request that the Court continue the case management conference from February 28, 2017 to March 28, 2017 at 2:00 p.m.

## **RECITALS**

WHEREAS, on January 20, 2017, the Court granted the parties' stipulated request to continue the hearing on Defendants' motion to dismiss from February 8, 2017 until February 22, 2017.  (Dkt. 57.)

WHEREAS, the current case calendar would require the parties to conduct the Rule 26(f) conference and submit the joint case management statement before Court hears and rules on Defendants' motion to dismiss.

WHEREAS, the parties have met and conferred and agree that continuing the February 28, 2017 case management conference, and all related dates, will serve the interests of judicial economy by allowing the parties and the Court to focus on the issues that will proceed in this litigation.

WHEREAS, all previous time modifications in the case are as follows:

- on March 29, 2016, the parties stipulated to extend Defendants' deadline to respond to the First Amended Complaint from March 30, 2016 to April 20, 2016;
- on May 5, 2016, pursuant to stipulation of the parties, the Court continued the June 21, 2016 Case Management Conference to September 6, 2016;
- on June 23, 2016, the parties stipulated to extend Defendants' deadline to respond to the Third Amended Class Action Complaint from June 23, 2016 to June 27, 2016;
- on August 4, 2016, pursuant to stipulation of the parties, the Court continued the September 6, 2016 Case Management Conference to September 13, 2016;

- on August 23, 2016, pursuant to stipulation of the parties, the Court continued the September 13, 2016 Case Management Conference, and on September 26, 2016 the Court scheduled the Case Management Conference for November 8, 2016;
- on October 5, 2016, pursuant to stipulation of the parties, the Court continued Defendants' deadline to respond to Plaintiff's Fourth Amended Class Action Complaint, set the briefing schedule for Defendants' response to Plaintiff's Fifth Amended Class Action Complaint, set the hearing on Defendants motion to dismiss for January 11, 2017, and continued the Case Management Conference to February 7, 2016;
- on December 6, 2016, pursuant to stipulation of the parties, the Court extended the opposition and reply briefing deadlines, continued the hearing on Defendants' motion to dismiss to February 8, 2017, and continued the Case Management Conference to February 28, 2017; and
- on January 20, 2017, the Court granted the parties' stipulated request to continue the hearing on Defendants' motion to dismiss from February 8, 2017 until February 22, 2017.

WHEREAS, the continuance requested by the parties will not otherwise affect the schedule for the case.

WHEREAS, Eric DiIulio attests that Kathryn Honecker concurs in filing this stipulation.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**STIPULATION**

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel, that case management conference should be continued from February 28, 2017 at 2:00 p.m. to March 28, 2017 at 2:00 p.m.

**IT IS SO STIPULATED.**

Dated:  February 7, 2017        ROSE LAW GROUP, PC

                                By      */s/ Kathryn Honecker*
                                        Kathryn Honecker (*pro hac vice*)
                                        Audra Petrolle (*pro hac vice*)
                                        Lauren Nageotte (*pro hac vice*)

                                        -and-

                                        George Richard Baker, Cal. Bar No. 224003
                                        BAKER LAW, PC
                                        436 N. Stanley Avenue
                                        Los Angeles, California 90036
                                        Telephone:    323.452.9685
                                        Email:        richard@bakerlawpc.com

                                        *Attorneys for Plaintiffs and the Proposed Class*

Dated:  February 7, 2017        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                By      [signature]
                                        P. Craig Cardon
                                        Benjamin O. Aigboboh
                                        Eric J. DiIulio

                                        *Attorneys for Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED as modified below: the Case Management Conference will occur on March 14, 2017 at 2:00 p.m.

DATED:  February 8, 2017

_____
The Honorable William H. Orrick
United States District Judge