UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** February 22, 2017 | **Time:** 13 minutes<br>2:15 p.m. to 2:28 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 16-cv-01421-WHO | **Case Name:** Rushing v. Williams-Sonoma, Inc. | |

**Attorneys for Plaintiff:**   Kathryn Honecker, Amber L. Eck, and Audra Petrolle
**Attorney for Defendant:**   Craig Cardon

**Deputy Clerk:** Jean Davis                     **Court Reporter:** Belle Ball

PROCEEDINGS

Counsel heard as to motion to dismiss.  Motion taken under submission; written order to follow.