1  ROSE LAW GROUP
   KATHRYN HONECKER (*pro hac vice*)
2  AUDRA PETROLLE (*pro hac vice*)
   LAUREN NAGEOTTE (*pro hac vice*)
3  7144 E Stetson Drive, Suite 300
   Scottsdale, Arizona 85251
4  Telephone:    480.505.3936
5  Email:        khonecker@roselawgroup.com
                 apetrolle@roselawgroup.com
6                lnageotte@roselawgroup.com

7  *Attorneys for Plaintiff and the Proposed Class* [Additional Counsel on Signature Page]

8  SHEPPARD MULLIN RICHTER & HAMPTON LLP
9  P. CRAIG CARDON, Cal. Bar No. 168646
   BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
10 ERIC J. DIIULIO, Cal. Bar No. 301439
   Four Embarcadero Center, 17th Floor
11 San Francisco, California 94111-4109
12 Telephone:    415.434.9100
   Email:        ccardon@sheppardmullin.com
13               baigboboh@sheppardmullin.com
                 ediiulio@sheppardmullin.com
14
15 *Attorneys for Defendants*

16                    **UNITED STATES DISTRICT COURT**
17        **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILLIAM RUSHING, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA, INC., *et al.*,<br><br>Defendants. | Case No. 3:16-cv-01421-WHO<br><br>*Assigned to the Hon. William H. Orrick*<br><br>**CLASS ACTION**<br><br>**STIPULATION CONTINUING MARCH 14, 2017 CASE MANAGEMENT CONFERENCE AND ORDER THEREON.**<br><br>Complaint Filed:      January 29, 2016<br>Action Removed:       March 23, 2016<br>5th Am. Complaint Filed: October 24, 2016<br>Trial Date:           None Set |

SMRH:481548693.3

Case No. 3:16-cv-01421-WHO
STIPULATION CONTINUING CMC

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Northern District of California Local Rules 6-1, 6-2, and 7-12, Plaintiff William Rushing ("Plaintiff") and Defendants Williams-Sonoma, Inc., Williams-Sonoma DTC, Inc., and Williams-Sonoma Advertising, Inc. (collectively "Defendants"), by and through their respective counsel, hereby respectfully stipulate and jointly request that the Court continue the Case Management Conference currently set for March 14, 2017 at 2:00 p.m. to June 6, 2017 at 2:00 p.m.

## **RECITALS**

WHEREAS, on February 8, 2017, the Court set the Case Management Conference on March 14, 2017 at 2:00 p.m. (Dkt. 60.)

WHEREAS, on February 28, 2017, the Court granted in part and denied in part Defendants' motion to dismiss Plaintiff's Fifth Amended Class Action Complaint (the "Order"). (Dkt. 64.)

WHEREAS, in the Order, the Court directed Plaintiff to file his Sixth Amended Complaint within twenty (20) days of the date of the Order.

WHEREAS, the current case calendar would require the parties to conduct the Fed. R. Civ. P. 26(f) conference, submit the Joint Case Management Conference Statement, and attend the Case Management Conference before Plaintiff files his Sixth Amended Complaint.

WHEREAS, continuing the Case Management Conference until June 6, 2017 will provide enough time for Defendants to respond to the Sixth Amended Complaint and for the parties to comply with all Case Management Conference-related deadlines after Defendants' response is filed and resolved, whether Defendants respond with an answer or with a motion to dismiss.

WHEREAS, the parties have met and conferred and agree that continuing the March 14, 2017 Case Management Conference, and all related dates, will conserve resources and serve the interests of judicial economy by allowing the parties and the Court to focus on the issues that will proceed in this litigation.

WHEREAS, all previous time modifications in the case are as follows:

- on March 29, 2016, the parties stipulated to extend Defendants' deadline to respond to the First Amended Complaint from March 30, 2016 to April 20, 2016;
- on May 5, 2016, pursuant to stipulation of the parties, the Court continued the June 21, 2016 Case Management Conference to September 6, 2016;
- on June 23, 2016, the parties stipulated to extend Defendants' deadline to respond to the Third Amended Class Action Complaint from June 23, 2016 to June 27, 2016;
- on August 4, 2016, pursuant to stipulation of the parties, the Court continued the September 6, 2016 Case Management Conference to September 13, 2016;
- on August 23, 2016, pursuant to stipulation of the parties, the Court continued the September 13, 2016 Case Management Conference, and on September 26, 2016 the Court scheduled the Case Management Conference for November 8, 2016;
- on October 5, 2016, pursuant to stipulation of the parties, the Court continued Defendants' deadline to respond to Plaintiff's Fourth Amended Class Action Complaint, set the briefing schedule for Defendants' response to Plaintiff's Fifth Amended Class Action Complaint, set the hearing on Defendants motion to dismiss for January 11, 2017, and continued the Case Management Conference to February 7, 2016;
- on December 6, 2016, pursuant to stipulation of the parties, the Court extended the opposition and reply briefing deadlines, continued the hearing on Defendants' motion to dismiss to February 8, 2017, and continued the Case Management Conference to February 28, 2017;
- on January 20, 2017, the Court granted the parties' stipulated request to continue the hearing on Defendants' motion to dismiss from February 8, 2017 until February 22, 2017; and
- on February 8, 2017, the Court continued the case management conference from February 28, 2017 to March 14, 2017.

1  WHEREAS, the continuance requested by the parties will not otherwise affect the schedule for the case.

3  WHEREAS, Eric DiIulio attests that Kathryn Honecker concurs in filing this stipulation.

### STIPULATION

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel, that the Case Management Conference should be continued from March 14, 2017 at 2:00 p.m. to June 6, 2017 at 2:00 p.m..

**IT IS SO STIPULATED.**

Dated:  March 7, 2017                ROSE LAW GROUP, PC

By      */s/ Kathryn Honecker*
Kathryn Honecker (*pro hac vice*)
Audra Petrolle (*pro hac vice*)
Lauren Nageotte (*pro hac vice*)

-and-

George Richard Baker, Cal. Bar No. 224003
BAKER LAW, PC
436 N. Stanley Avenue
Los Angeles, California 90036
Telephone:    323.452.9685
Email:        richard@bakerlawpc.com

*Attorneys for Plaintiffs and the Proposed Class*

Dated:  March 7, 2017                SHEPPARD MULLIN RICHTER & HAMPTON LLP

By  _____
P. Craig Cardon
Benjamin O. Aigboboh
Eric J. DiIulio

*Attorneys for Defendants*

**ORDER**

PURSUANT TO STIPULATION, IT IS granted in part.  This case has been pending in this Court since March 23, 2016.  After two motions to dismiss the scope of the case should be clear to counsel, and it is high time to get it moving.  I will continue the Case Management Conference to **April 4, 2017** at 2:00 p.m. in Courtroom 2.  The Joint Statement, to be filed by **March 28, 2017**, should propose a case management schedule.  The Rule 26(f) conference should be conducted in advance of the filing of the Joint Statement.

DATED: March 8, 2017

_____
The Honorable William H. Orrick
United States District Judge