HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Email: ambere@haelaw.com

ROSE LAW GROUP, PC
KATHRYN HONECKER (*pro hac vice*)
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251
Telephone: (480) 505-3936
Email: khonecker@roselawgroup.com

*[Additional Counsel Appear on Signature Page]*

***Attorneys for Plaintiff and the Proposed Class***

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM RUSHING, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA, INC., *et al.*,<br><br>Defendants. | Case No.: 3:16-cv-01421-WHO<br><br><u>CLASS ACTION</u><br><br>STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>Assigned to the Honorable William H. Orrick<br>Courtroom: 2<br>Date: May 16, 2018<br>Time: 2:00 p.m.<br><br>Complaint Filed: January 29, 2016<br>Action Removed: March 23, 2016<br>7th Amd. Complaint Filed: April 4, 2017<br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Northern District of California Local Rules 6-1, 6-2, and 7-12, Plaintiff William Rushing ("Plaintiff") and Defendants Williams-Sonoma, Inc., Williams-Sonoma DTC, Inc., and Williams-Sonoma Advertising, Inc. (collectively "Defendants"), by and through their respective counsel, hereby respectfully stipulate and jointly request that the Court approve the briefing schedule agreed upon by the parties regarding Defendants' Motion for Summary Judgment ("MSJ"), as set forth below.

## **RECITALS**

On April 10, 2018, Defendants filed a Motion for Summary Judgment with a hearing date of May 16, 2018. Dkt. 119.

Under the Federal Rules of Civil Procedure and Local Rules of the Northern District of California, and the deadlines set forth on CM-ECF, Plaintiff's Response to Defendants' MSJ is due by April 24, 2018, and Defendants' Reply is due by May 1, 2018.

Plaintiff has requested additional time to potentially conduct discovery and respond to Defendants' MSJ. Since that extension would cause the Reply date to conflict with Memorial Day, the parties have agreed upon a briefing schedule which accommodates Plaintiff's request and the Memorial Day holiday, subject to the Court's approval.

## **STIPULATION**

IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel, that the briefing schedule on Defendants' MSJ shall be revised as follows:

1. May 18, 2018 – Plaintiff's Response to Defendants' MSJ;
2. June 1, 2018 – Defendants' Reply in support of their MSJ; and
3. June 13, 2018 – Hearing on MSJ.

**IT IS SO STIPULATED.**

Dated: April 18, 2018        HAEGGQUIST & ECK, LLP
                             AMBER L. ECK (177882)

                             By:        /s/Amber L. Eck
                                         AMBER L. ECK

Case No. 3:16-cv-01421-WHO - STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

HAEGGQUIST & ECK, LLP

| | |
|---|---|
| | 225 Broadway, Suite 2050 |
| | San Diego, CA 92101 |
| | Telephone: (619) 342-8000 |
| | Email: ambere@haelaw.com |

ROSE LAW GROUP, PC
KATHRYN HONECKER (*pro hac vice*)
7144 E. Stetson Drive, Suite 300
Scottsdale, AZ 85251
Telephone: (480) 505-3936
Email: khonecker@roselawgroup.com

BAKER LAW, PC
GEORGE RICHARD BAKER (224003)
436 N. Stanley Avenue
Los Angeles, CA 90036
Telephone: (323) 452-9685
Email: richard@bakerlawpc.com

Attorneys for Plaintiff and the Proposed Class

Dated: April 18, 2018      SHEPPARD MULLIN RICHTER
                                                 & HAMPTON LLP
P. CRAIG CARDON (168646)
BENJAMIN O. AIGBOBOH (268531)
ERIC J. DIIULIO (301439)


By:      /s/Eric J. DiIulio
            ERIC J. DIIULIO

Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: (415) 434-9100
ccardon@sheppardmullin.com
baigboboh@sheppardmullin.com
diiulio@sheppardmullin.com

Attorneys for Defendants

Case No. 3:16-cv-01421-WHO - STIPULATION REGARDING BRIEFING
SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

SIGNATURE APPROVAL

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: April 18, 2018

/s/Amber L. Eck
AMBER L. ECK

* * *

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED as modified below.

The briefing schedule on Defendants' MSJ shall be revised as follows:

1. May 18, 2018 – Plaintiff's Response to Defendants' MSJ;

2. June 1, 2018 – Defendants' Reply in support of their MSJ; and

3. June **20**, 2018 – Hearing on MSJ.

**IT IS SO ORDERED.**

Dated: April 18, 2018

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

Case No. 3:16-cv-01421-WHO - STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT