1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   P. CRAIG CARDON, Cal. Bar No. 168646
2  ROBERT J. GUITE, Cal. Bar. No. 244590
   BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
3  Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
4  Telephone:    415.434.9100
   Facsimile:    415.434.3947
5  Email:        ccardon@sheppardmullin.com
                 rguite@sheppardmullin.com
6                baigboboh@sheppardmullin.com

7  *Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM RUSHING, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA, INC., a Delaware corporation, also d/b/a Williams-Sonoma, and Williams-Sonoma Home, Pottery Barn, PB Teen, and PB Dorm, Pottery Barn Kids, Pottery Barn Baby, and West Elm; WILLIAMS-SONOMA DTC, INC., a California corporation; WILLIAMS-SONOMA ADVERTISING, INC., a California corporation; and DOES 1-30,<br><br>Defendants. | Case No. 3:16-cv-01421-WHO<br><br>*Assigned to the Hon. William H. Orrick*<br><br>**CLASS ACTION**<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br><br><br>Complaint Filed: January 29, 2016<br>Action Removed: March 23, 2016<br>7AC Filed:          April 4, 2017<br>Trial Date:          None Set |

Defendants Williams-Sonoma, Inc., Williams-Sonoma DTC, Inc., and Williams-Sonoma Advertising, Inc. (collectively, "Defendants") bring an administrative motion to consider whether this matter and Case No. 3:18-cv-04366, recently transferred to this Court from the Eastern District of Kentucky, should be deemed related pursuant to Northern District of California Civil Local Rules 3-12 and 7-11.

Pursuant to Civil Local Rule 3-12(a), an action is related to another when: (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. Here, Case No. 3:18-cv-4366 arises from a motion to quash filed by Plaintiff Williams Rushing's ("Plaintiff") spouse, Lynn Rushing, in response to a subpoena issued by Defendants in this matter (*see* Case No. 3:18-cv-04366, Dkt. Nos. 1-4, 5) seeking information related to the transaction at issue in Plaintiff William Rushing's Seventh Amended Complaint filed in this action on April 4, 2017 (Dkt. No. 81). Case No. 3:18-cv-04366 was originally initiated by Lynn Rushing in the Eastern District of Kentucky and transferred to this District by the Hon. Karen K. Caldwell pursuant to Fed. R. Civ. P. 45(f). *See* Case No. 3:18-cv-04366, Dkt. No. 17, p. 5 ("Pursuant to Federal Rule of Civil Procedure 45(f), these matters are TRANSFERRED to the United States District Court, Northern District of California, which is presiding over the underlying litigation of William Rushing v. Williams-Sonoma, Inc., et al., Case No. 3:16-cv-1421-WHO.").

As set forth in the Stipulation in Support of Administrative Motion to Consider Whether Cases Should be Related submitted concurrently herewith, Defendants and Plaintiff submit that: (a) the matters concern substantially the same parties, property, transactions and events; and (b) there would be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges. As such, Defendants request that the Court find the matters related, and issue an order directing the Clerk to reassign Case No. 3:18-cv-04366 to Judge Orrick and to notify the parties and affected judges accordingly. *See* Civil Local Rule 3-12(f)(3).

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated:  July 27, 2018      By    /s/ *Robert J. Guite*
                                  P. CRAIG CARDON
                                  ROBERT J. GUITE
                                  BENJAMIN O. AIGBOBOH

*Attorneys for Defendants*