Amber L. Eck (177882)
HAEGGQUIST & ECK, LLP
225 Broadway, Suite 2050
San Diego, California 92101
Telephone: 619.342.8000
Facsimile: 619.342.7878
ambere@haelaw.com

Robert B. Carey (*pro hac vice*)
Leonard W. Aragon (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: 602.840.5900
Facsimile: 602.840.3012
rob@hbsslaw.com
leonard@hbsslaw.com

Attorneys for Plaintiffs and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILLIAM RUSHING and ELIZABETH PERLIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAMS-SONOMA, INC., et al.,<br><br>Defendants. | Case No.: 16-cv-01421-WHO<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES AND TO CONTINUE HEARINGS ON MOTION TO DISMISS AND MOTION TO COMPEL ARBITRATION**<br><br>Judge: William H. Orrick<br>Courtroom: 2, 17th Floor<br><br>8th Amd. Compl. Filed: June 5, 2020<br>Trial Date: Not Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Northern District of California Local Rules 6-1, 6-2, and 7-12, Plaintiffs Elizabeth Perlin and William Rushing ("Plaintiffs") and Defendants Williams-Sonoma, Inc., Williams-Sonoma DTC, Inc., and Williams-Sonoma Advertising, Inc. (collectively "Defendants"), by and through their respective counsel, hereby respectfully stipulate and jointly request that the Court approve the briefing schedule agreed upon by the parties regarding Defendants' Motion to Dismiss and Motion to Compel Arbitration (collectively, "Motions"), as set forth below.

### **RECITALS**

On July 6, 2020, Defendants filed a Motion to Dismiss with a hearing date of August 12, 2020 [Dkt. 218].

On July 8, 2020, Defendants filed a Motion to Compel Arbitration, also with a hearing date of August 12, 2020 [Dkt. 219].

Under the Federal Rules of Civil Procedure and Local Rules of the Northern District of California the current schedules for the Motions is as follows:

**Motion to Dismiss**

July 20, 2020 - Opposition to Motion to Dismiss

July 27, 2020 - Reply ISO Opposition to Motion to Dismiss

August 12, 2020 - Hearing

**Motion to Compel Arbitration**

July 22, 2020 - Opposition to Motion to Compel Arbitration

July 29, 2020 - Reply ISO Opposition to Motion to Compel

August 12, 2020 - Hearing

Plaintiffs' counsel requested a short extension of time to respond to Defendants' motions due to several other deadlines in other cases and a pre-planned vacation. Once Defendants' counsel agreed to provide that extension, Plaintiffs' counsel advised that Plaintiffs also intended to seek discovery to support an opposition to the pending Motion to Compel Arbitration. Counsel are meeting and conferring regarding Plaintiffs' request for discovery and reserve their respective rights to move to compel or to seek a protective order regarding such discovery.

**THEREFORE, IT IS HEREBY AGREED AND STIPULATED** by and between parties, by and through their respective counsel, and subject to the Court's approval, that the briefing schedules on the Motions be set as follows:

- Plaintiffs' Response to Defendants' Motion to Dismiss is due August 5, 2020;
- Defendants' Reply in Support of their Motion to Dismiss is due August 17, 2020;
- Plaintiffs' response to Defendants' Motion to Compel is due August 7, 2020;
- Defendants' Reply in Support of their Motion to Compel is due August 19, 2020;
- The hearing for Defendants' Motions is continued from August 12, 2020, to September 2, 2020.

**IT IS SO STIPULATED.**

I, Leonard W. Aragon, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Robert J. Guite, counsel of record for Defendants, has concurred in this filing.

Dated: July 17, 2020    HAGENS BERMAN SOBOL SHAPIRO LLP

By    /s/ Leonard W. Aragon
         LEONARD W. ARAGON
Robert B. Carey (*pro hac vice*)
Leonard W. Aragon (*pro hac vice*)

Amber L. Eck (177882)
HAEGGQUIST & ECK, LLP
225 Broadway, Suite 2050
San Diego, California 92101

Attorneys for Plaintiffs

Dated: July 17, 2020    SHEPPARD MULLIN RICHTER & HAMPTON LLP

By    /s/ Robert J. Guite
         P. Craig Cardon
         Robert J. Guite
         Benjamin O. Aigboboh
         Alyssa M. Shauer

Attorneys for Defendants

1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3 | Dated: July 20, 2020

_____
Hon. William H. Orrick
United States District Judge