UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM RUSHING, et al.,

              Plaintiffs,

     v.

WILLIAMS-SONOMA, INC., et al.,

              Defendants.

Case No. 16-cv-01421-WHO

**ORDER REGARDING MOTION TO COMPEL**

Re: Dkt. No. 225

Plaintiffs' request for an extension of time to file a response to Defendants' Motion to Compel is GRANTED IN PART. Plaintiffs may file their response by Wednesday, August 19, 2020. Defendants may file their reply in support of the Motion to Compel by August 26, 2020. To the extent that Plaintiffs require discovery in support of their response, and the parties are not able to reach an agreement regarding such discovery, the parties shall file a joint discovery dispute letter no later than August 14, 2020, and I will resolve the discovery dispute.

     **IT IS SO ORDERED.**

Dated: August 7, 2020



William H. Orrick
United States District Judge

United States District Court
Northern District of California