SHEPPARD MULLIN RICHTER & HAMPTON LLP
P. CRAIG CARDON, Cal. Bar No. 168646
ROBERT J. GUITE, Cal. Bar No. 244590
BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
ALYSSA M. SHAUER, Cal. Bar No. 318359
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
Email:        ccardon@sheppardmullin.com
              rguite@sheppardmullin.com
              baigboboh@sheppardmullin.com
              ashauer@sheppardmullin.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM RUSHING, et al.,<br><br>                Plaintiffs,<br><br>        v.<br><br>WILLIAMS-SONOMA, INC., et al.,<br><br>                Defendants. | Case No. 3:16-cv-01421-WHO<br><br>*Assigned to the Hon. William H. Orrick*<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed:    January 29, 2016<br>Action Removed:     March 23, 2016<br>8AC Filed:          June 5, 2020<br>Trial Date:         None Set |

1    Pursuant to the Court's April 5, 2021 *Clerk's Notice* (Dkt. 254), Plaintiffs William Rushing

2   and Elizabeth Perlin ("Perlin"), and Defendants Williams-Sonoma, Inc., Williams-Sonoma DTC,

3   Inc., and Williams-Sonoma Advertising, Inc. (collectively, "WSI"), submit this *Joint Status Report*.

4    On October 8, 2020, the Court issued the *Order Granting Motion to Compel*, granting WSI's

5   *Motion to Compel Arbitration* and staying "the case pending the arbitrator's determination of

6   whether Perlin's claims are arbitrable." Dkt. 252 at 6:9-10.  The Court directed the parties to

7   "request a case management conference within ten days of the arbitrator's ruling" or "file a joint

8   status report on or before April 6, 2021, if the arbitrator has not ruled as of that date." *Id*. at 6:10-

9   12.

10    On April 5, 2021, the parties submitted a joint status report regarding the status of the

11   arbitration proceeding.  (Dkt. 253.)  As of the date of this filing, the issue of arbitrability has been

12   fully briefed in the arbitration action.  A hearing took place on September 28, 2021 and the parties

13   await a ruling from the arbitrator on this issue.

14

15   Dated:  October 5, 2021          SHEPPARD MULLIN RICHTER & HAMPTON LLP

16                    By    _____
                                        */s/ Alyssa M. Shauer*
17                        P. CRAIG CARDON
                              ROBERT J. GUITE
18                       BENJAMIN O. AIGBOBOH
                             ALYSSA M. SHAUER
19

20                          *Attorneys for Defendants*
                        WILLIAMS-SONOMA, INC., WILLIAMS-
21                      SONOMA DTC, INC., and WILLIAMS-SONOMA
                              ADVERTISING, INC.
22

23

24

25

26

27

28

Dated:  October 5, 2021                    HAGENS BERMAN SOBOL SHAPIRO LLP

                           By        _____/s/ Leonard W. Aragon_____

                                     Robert B. Carey (*pro hac vice*)
                                     Leonard W. Aragon (*pro hac vice*)
                                     HAGENS BERMAN SOBOL SHAPIRO LLP
                                     11 West Jefferson Street, Suite 1000
                                     Phoenix, Arizona 85003
                                     Telephone: 602.840.5900
                                     Facsimile: 602.840.3012
                                     rob@hbsslaw.com
                                     leonard@hbsslaw.com

                                     Amber L. Eck (177882)
                                     HAEGGQUIST & ECK, LLP
                                     225 Broadway, Suite 2050
                                     San Diego, California 92101
                                     Telephone: 619.342.8000
                                     Facsimile: 619.342.7878
                                     ambere@haelaw.com

                                     ROSE LAW GROUP, PC
                                     JONATHAN UDELL (*admitted pro hac vice*)
                                     7144 E. Stetson Drive, Suite 300
                                     Scottsdale, AZ  85251
                                     Telephone: (480) 505-3936
                                     judell@roselawgroup.com

                                     BAKER LAW, PC
                                     GEORGE RICHARD BAKER (224003)
                                     625 E. Main Street, Suite 102B, #104
                                     Aspen, CO  81611
                                     Telephone: (970) 439-5905
                                     richard@bakerlawpc.com

                                     *Attorneys for Plaintiffs*

## ATTORNEY'S E-FILING ATTESTATION

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs William Rushing and Elizabeth Perlin whose electronic signature appears above has concurred in this filing.

                                     _____/s/ Alyssa M. Shauer_____
                                     Alyssa M. Shauer