1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   P. CRAIG CARDON, Cal. Bar No. 168646
2  ROBERT J. GUITE, Cal. Bar. No. 244590
   BENJAMIN O. AIGBOBOH, Cal. Bar No. 268531
3  ALYSSA SONES, Cal. Bar No. 318359
   Four Embarcadero Center, 17th Floor
4  San Francisco, California 94111-4109
   Telephone:    415.434.9100
5  Facsimile:    415.434.3947
   Email:        ccardon@sheppardmullin.com
6                rguite@sheppardmullin.com
                 baigboboh@sheppardmullin.com
7                asones@sheppardmullin.com

8  *Attorneys for Defendants*

9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

| | |
|---|---|
| WILLIAM RUSHING and ELIZABETH PERLIN, individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAMS-SONOMA, INC., a Delaware corporation, also d/b/a Williams-Sonoma, and Williams-Sonoma Home, Pottery Barn, PB Teen, and PB Dorm, Pottery Barn Kids, Pottery Barn Baby, and West Elm; WILLIAMS-SONOMA DTC, INC., a California corporation; WILLIAMS-SONOMA ADVERTISING, INC., a California corporation; and DOES 1-30,<br><br>Defendants. | Case No. 3:16-cv-01421 WHO<br><br>*Assigned to the Hon. William H. Orrick*<br><br>**CLASS ACTION**<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Complaint Filed:   January 29, 2016<br>Action Removed:   March 23, 2016<br>8AC Filed:        June 5, 2020<br>Trial Date:       None Set |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Northern District of California Local Rules 6-1, 6-2, and 7-12, Plaintiff William Rushing ("Rushing") and Elizabeth Perlin ("Perlin," and together with Rushing, "Plaintiffs") and Defendants Williams-Sonoma, Inc., Williams-Sonoma DTC, Inc., and Williams-Sonoma Advertising, Inc. (collectively "Defendants"), by and through their respective counsel, hereby respectfully stipulate and jointly request that the Court extend the remaining briefing deadlines for Perlin's *Motion for Class Certification* as follows:

### RECITALS

1. WHEREAS, on September 28, 2022, Perlin filed a *Motion for Class Certification* (Dkt. 292).

2. WHEREAS, on October 4, 2022, the Court set for the following briefing schedule for the *Motion for Class Certification* (Dkt. 296):

| EVENT | DEADLINE |
| --- | --- |
| Deadline for Perlin to produce class certification expert(s) for deposition | December 15, 2022 |
| Last day to file opposition to *Motion for Class Certification* | February 8, 2023[1] |
| Deadline for Defendants to produce class certification expert(s) for deposition | February 24, 2023 |
| Last day to filed reply in support of *Motion for Class Certification* | April 10, 2023 |
| Hearing | April 26, 2023 |

3. WHEREAS, the parties scheduled depositions of Plaintiffs' experts on the East Coast for December 14, 2022 and December 15, 2022.

4. WHEREAS, on or around December 12, 2022, one of Plaintiffs' certification experts tested positive for COVID-19.

5. WHEREAS, the parties conferred and agreed to continue the depositions currently scheduled for December 14 and December 15, 2022 to January 24 and 25, 2023, the first dates on

---

[1] Although the Court's order sets "February 8, 2022" as the opposition deadline, the parties assume that this was an inadvertent mistake.

which Plaintiffs' experts and the parties' counsel are available but dates that are days before the current February 8, 2023 opposition deadline.

6. WHEREAS, the parties, who have not have not previously requested any modifications to the class certification briefing schedule set by the Court, have conferred and agreed that, given the rescheduling of the depositions, the certification deadlines should be correspondingly extended to avoid any prejudice to any party as a result of the expert's COVID-19 diagnosis, as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for Perlin to produce class certification expert(s) for deposition | December 15, 2022 | January 25, 2023 |
| Last day to file opposition to *Motion for Class Certification* | February 8, 2023 | March 28, 2023 |
| Deadline for Defendants to produce class certification expert(s) for deposition | February 24, 2023 | April 13, 2023 |
| Last day to filed reply in support of *Motion for Class Certification* | April 10, 2023 | May 29, 2023 |
| Hearing | April 26, 2023 | To be set by Court |

## STIPULATION

IT IS HEREBY STIPULATION by and the between the parties through their respective counsel, and subject to Court approval, that the briefing schedule for Perlin's *Motion for Class Certification* be extend as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Deadline for Perlin to produce class certification expert(s) for deposition | December 15, 2022 | January 25, 2023 |
| Last day to file opposition to *Motion for Class Certification* | February 8, 2023 | March 28, 2023 |
| Deadline for Defendants to produce class certification expert(s) for deposition | February 24, 2023 | April 13, 2023 |

| | | |
|---|---|---|
| Last day to filed reply in support of *Motion for Class Certification* | April 10, 2023 | May 29, 2023 |
| Hearing | April 26, 2023 | To be set by Court |

**IT IS SO STIPULATED.**

HAGENS BERMAN SOBOL SHAPIRO LLP

Dated:  December 13, 2022          By          */s/ Leonard W. Aragon*
                                                                  ROBERT B. CAREY *(pro hac vice)*
                                                                  LEONARD W. ARAGON *(pro hac vice)*
                                                                  SHANA E. SCARLETT

*Attorneys for Plaintiff*

SHEPPARD MULLIN RICHTER & HAMPTON LLP

Dated:  December 13, 2022          By          */s/ Alyssa Sones*
                                                                  P. CRAIG CARDON
                                                                  ROBERT J. GUITE
                                                                  BENJAMIN O. AIGBOBOH
                                                                  ALYSSA SONES

*Attorneys for Defendants*

**ATTORNEY'S E-FILING ATTESTATION**

As the attorney e-filing this document, and pursuant to Local Rule 5-1(i)(3), I hereby attest that counsel for Plaintiffs whose electronic signature appears above has concurred in this filing.

SHEPPARD MULLIN,RICHTER & HAMPTON LLP

Dated:  December 13, 2022    By  */s/ Alyssa Sones*
                                                      Alyssa Sones
                                                      *Attorneys for Defendants*

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, the Court hereby sets for the following briefing schedule for Plaintiff Elizabeth Perlin's Motion for Class Certification:

| EVENT | DEADLINE |
|---|---|
| Deadline for Perlin to produce class certification expert(s) for deposition | January 25, 2023 |
| Last day to file opposition to *Motion for Class Certification* | March 28, 2023 |
| Deadline for Defendants to produce class certification expert(s) for deposition | April 13, 2023 |
| Last day to filed reply in support of *Motion for Class Certification* | May 29, 2023 |
| Hearing | June 14, 2023 |

**IT IS SO ORDERED**.

DATED:  December  14 , 2022



THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

4862-4060-6531.1